**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

DOMINGO COLON MONTAÑEZ and
TIMOTHY A. HALE,

    Plaintiffs,

        v.

JEFFREY A. BEARD, Ph.D., Secretary &
Commissioner of the Pennsylvania
Department of Corrections, SCI-ROCKVIEW
INMATE ACCOUNTING SUPERINTENDENT
F. J. TENNIS, FRANCIS M. DOUGHERTY,
EARL E. WALKER, RAYMOND CINGEL, and
PENNSYLVANIA DOC,

    Defendants.

CIVIL ACTION NO. 4:CV-04-2569

(JUDGE CAPUTO)

(MAGISTRATE JUDGE MANNION)[1]

**ORDER**

**NOW**, this 22nd day of January, 2013, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 265) is **ADOPTED in its entirety**.

(2) Defendants' Motion for Summary Judgment (Doc. 194) is **GRANTED**.

(3) Plaintiff Timothy A. Hale's Motion for Summary Judgment (Doc. 199) is **DENIED**.

(4) Plaintiff Domingo Colon Montañez's Motion for Summary Judgment (Doc. 200) is **DENIED**.

(5) Plaintiff Montañez's Motion for Injunctive Relief (Doc. 238) is **DENIED**.

(6) The Clerk of Court is directed to **ENTER** judgment in favor of Defendants and against Plaintiffs.

(7) The Clerk of Court is directed to mark the case as **CLOSED**.

                        /s/ A. Richard Caputo
                        A. Richard Caputo
                        United States District Judge

---

[1] The caption reflects Judge Mannion's office as a Magistrate Judge when he issued the Report and Recommendation here under review. He has since become a United States District Judge.